IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 2 0 2010

JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | |
|---|---|
| ZeESTER BROWNING,<br>on behalf of herself and all<br>others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MANHATTAN ASSOCIATES,<br>INC., a Georgia corporation,<br>KENNETH RABUN,<br>individually, and SUSAN<br>CZEKALLA, individually,<br><br>Defendants. | CIVIL ACTION<br>FILE NO.<br>1:10-CV-0168<br><br>JURY TRIAL<br>DEMANDED |

NOTICE OF LITIGATION HOLD
AND THE DUTY TO PRESERVE AND
MAINTAIN DOCUMENTS, ELECTRONICALLY
STORED INFORMATION, AND OTHER EVIDENCE

To:  Kenneth Rabun
     Suite 700
     2300 Windy Ridge Parkway,
     Atlanta, Georgia 30339-5665

**PLEASE TAKE NOTICE**, that in accordance with Rule 26, F.R.Civ.P.,

1

demand is made that Manhattan Associates, Inc., its attorneys, employees, agents, and others affiliated with the company (1) identify and preserve existing relevant documents, data, and evidence, *and* (2) preserve and maintain any documents, data, and evidence created in the future in the ordinary course of business.

In connection with the litigation referred to above, we request that your company advise relevant employees and take all reasonable measure to comply with the legal obligation to preserve relevant documents, data, and evidence. The lawsuit requires preservation of all documents and data, including, without limitation, relating to job duties and work performed by ZeEster Browning, hours worked, payroll and other payments to Browning, complaints from current and former employees regarding hours worked, pay, and overtime, employee disciplinary files, etc. Information from all sources must be preserved and maintained.

"Documents and data" means not only hard copy documents, but audio recordings, videotape, e-mail, instant messages, word processing documents, spreadsheets, databases, calendars, telephone logs, contact manager information, Internet usage files, and all other electronic information maintained created, received, and/or maintained on computer systems.

"Sources" include all hard copy files, computer hard drives, removable media (*e.g.*, "flash" or "thumb" drives, CDs and DVDs), laptop computers, PDAs,

Blackberry devices, and any other locations where hard copy and electronic data is stored. Any of the above mentioned sources of relevant information may include personal computers you or your employees use or have access to at home, or other locations. It also includes inaccessible storage media, such as back-up tapes which may contain relevant electronic information that does not exist in any other form.

To comply with your legal obligations, you, your employees, agents, attorneys, and all others affiliated with you, should immediately preserve all existing documents, data, and evidence relevant to the this lawsuit and the claims asserted by Ms. Browning as described above, and to suspend deletion, overwriting, or any other possible destruction of relevant documents and data.

This 20th day of January, 2010.

By: /s/ Stephen M. Katz
Stephen M. Katz
Georgia Bar No. 409065

**THE KATZ LAW GROUP**
Suite 130
255 Village Parkway
Marietta, Georgia 30067-4162
Telephone: 404.848.9658
Facsimile: 404.848.9904
E-Mail: smkatz@smk-law.com